# United States District Court
## *Southern District of Georgia*

Auto-Owners Insurance Company

_____
Plaintiff

v.

Roy Munn, Individually, and
Rajputre, LLC, a Domestic Limited
_____
Defendant

Case No.   4:22-cv-00037-RSB

Appearing on behalf of

Auto-Owners Insurance Company
_____
(Plaintiff/Defendant)

## ORDER OF ADMISSION

It appearing to the Court that the requirements stated in LR 83.4 for admission *pro hac vice* have been satisfied, **Petitioner's** request to appear *pro hac vice* in the United States District Court for the Southern District of Georgia in the subject case is **GRANTED**.

This __25th__ day of __February__, __2022__.

*Christopher L. Ray*
UNITED STATES ~~DISTRICT~~/MAGISTRATE JUDGE

\*\*\*\*\*

| | |
|---|---|
| NAME OF PETITIONER: | Michael C. Kendall |
| Business Address: | Kendall Mandell, LLC |
| | Firm/Business Name |
| | 3152 Golf Ridge Blvd., Suite 201 |
| | Street Address |
| | Douglasville    GA    30135 |
| | Street Address (con't)    City    State    Zip |
| | Mailing Address (if other than street address) |
| | Address Line 2    City    State    Zip |
| | 770-577-3559    414030 |
| | Telephone Number (w/ area code)    Georgia Bar Number |
| Email Address: | mckendall@kendallmandell.com |