IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| AUTO-OWNERS INSURANCE COMPANY, | |
| Plaintiff, | CIVIL ACTION NO.: 4:22-cv-37 |
| v. | |
| ROY MUNN; and RAJPUTRE, LLC, | |
| Defendants. | |

**O R D E R**

Plaintiff filed its Complaint initiating this action on February 10, 2022. (Doc. 1.) Plaintiff has since filed a Notice of Voluntary Dismissal, stating its intent to dismiss the case without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). (Doc. 17.) For some undisclosed reason, within hours of filing its initial Notice of Voluntary Dismissal, (id.), Plaintiff filed an "Amended Notice of Voluntary Dismissal," (doc. 18). The amended version of the Notice, however, does not differ in any obvious way from the initial Notice. The only difference the Court has been able to identify is that the certificates of service indicate that the initial Notice was purportedly served, via the Court's electronic filing system, on two attorneys who have not technically appeared in the case on behalf of either of the named Defendants, (doc. 17, p. 3), while the "Amended" version was served, via the Court's electronic filing system and the U.S. Mail, on the individual Defendants themselves, (doc. 18, p. 3), who are currently proceeding *pro se*. As no answer or motion for summary judgment has been filed by either Defendant, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff has effectively **DISMISSED** this case

**WITHOUT PREJUDICE**, and the Court **DIRECTS** the Clerk of Court to **TERMINATE** all pending motions and **CLOSE** this case.

**SO ORDERED**, this 27th day of May, 2022.

R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA